# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. MADRIGAL, | Case No. 1:26-cv-01027-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 13) |
| Defendant. | |

Plaintiff Jennifer M. Madrigal commenced this action on February 6, 2026, challenging the Commissioner of Social Security's final decision that denied her application for Social Security benefits. The parties have consented to the jurisdiction of a United States Magistrate Judge. (ECF Nos. 6, 7, 8.) On July 1, 2026, the parties filed a stipulation to remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action, IT IS HEREBY ORDERED that:

1.     This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 13);

2.     All pending dates and matters are VACATED; and

/ / /

3.     Judgment shall be ENTERED in favor of Plaintiff Jennifer M. Madrigal and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **July 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2