# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER M. MADRIGAL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-01027-SAB<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 16) |

On July 23, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C.§ 2412(d). (ECF No. 16.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of SIX THOUSAND EIGHT HUNDRED SIXTY-TWO AND 11/100 ($6,862.11) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **July 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge